IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE DELAMARTER, III And FRANCINE CUEBAS, his wife, Plaintiffs | No. 3:16cv665 |
| | (Judge Munley) |
| v. | |
| KELSEY P. COUGLAR and CARGO TRANSPORTERS, INC., Defendants | |

## ORDER

AND NOW, to wit, this 21st day of July 2016, the defendants' motion to dismiss (Doc. 11) is hereby **DENIED**. Defendants are directed to file an answer to the amended complaint within fourteen (14) days.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court