# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE DELAMARTER, III, and FRANCINE CUEBAS, his wife, | : : | No. 3:16cv665 |
| Plaintiff | : : | (Judge Munley) |
| v. | : : | |
| KELSEY P. COUGLAR and CARGO TRANSPORTERS, INC., | : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 20th day of February 2018, the defendants' motion for summary judgment (Doc. 39) is **GRANTED** with regard to the direct liability for punitive damages claim against Defendant Cargo Transporters, Inc. It is **DENIED** in all other respects.

BY THE COURT:


s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court